UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN THE MATTER OF: David Gorman

Civil No. 01-864 PAM

Bky No. 00-40618

Adv. No. 00-4054

CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL

You are hereby notified that on May 18, 2001, we filed the following:

APPEAL FROM U. S. BANKRUPTCY COURT MATTER

| | |
|---|---|
| X | Clerk's Record on Appeal (see Briefing Schedule below) |

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS

Pursuant to Local Bankruptcy Rule 1305

Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket.
Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief.
Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

OTHER BANKRUPTCY MATTERS/PROCEEDINGS

| | |
|---|---|
| | Motion, etc. for Leave to Appeal |
| | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to Judge Magnuson under the above civil action number, and counsel should contact Suzanne Ruiz, Courtroom Deputy, at 651-848-1156 for further information concerning this matter.

DATE: May 18, 2001

FRANCIS E. DOSAL, CLERK

BY Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record

C:\FORMS\BKYNOT.MER
Rev. June 6, 1995