# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

David Gorman,

Plaintiff,

vs.

Automart, Incorporated

Defendant.

Civil No. 01-864 PAM

BKY No. 00-40618

ADV No. 00-4054

**SCHEDULING ORDER FOR BRIEFS**

This matter came before the undersigned Judge of United States District Court on the motion of Automart, Incorporated to change the scheduled due dates for briefs for this appeal from United States Bankruptcy Court. The court makes the following

**ORDER**

Bankruptcy Rule 8007(b) contemplates that the record will be complete for purposes of appeal before the clerk of bankruptcy court transmits the record to the district court. Receipt of the record by the district court and subsequent entry on the docket then starts the clock for the appellant, who must file a brief within 15 days of entry on the docket, unless the district court specifies a different time pursuant to Bankruptcy Rule 8009(a).

The record transmitted by the bankruptcy court to the district court on May 18, 2001 does not include the transcript from the trial of this matter, while the document entitled Transmittal of Designated Record on Appeal notes that the transcript will be transmitted when it is received by the bankruptcy court. The appeal was entered on the docket of district court on May 18, 2001, which would normally make Appellant's brief due on June 4, 2001. As of June 1, 2001, the district court's records do not reflect receipt of the transcript from the bankruptcy court.

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The court finds that the record should be complete and the transcript should be transmitted to the district court before the appellant's brief is due. The court therefore orders that the parties' briefs shall be due at the following times:

a. Appellant to submit an original and two copies of brief within 15 days after receipt of the transcript by the district court;

b. Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief;

c. Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

The clerk of district court shall provide prompt notice to the parties of its receipt of the transcript from the bankruptcy court.

**IT IS SO ORDERED.**

Dated: June 6, 2001

The Honorable Paul A. Magnuson
Chief Judge of District Court